John J. Talton, Chapter 13 Trustee  
Pay to: CLERK Clerk of the Court  
Check No. 838275

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-90059 | 102-0 | CLAYTON LAMAR WALLACE<br>Original Check written to:<br>ANGELINA COUNTY CAD<br>P O BOX 1344<br>LUFKIN, TX 75901- | | 2,271.62 | 590.77 | 82.74 | 673.51 |
| 06-90059 | 103-0 | CLAYTON LAMAR WALLACE<br>Original Check written to:<br>HUNTINGTON STATE BANK<br>P O BOX 1090<br>HUNTINGTON, TX 75949 | xxxx6030 | 532.90 | 291.61 | 71.83 | 363.44 |
| 07-10017 | 004-0 | KIMBERLY R. HUGHES<br>Original Check written to:<br>PREMIUM ASSET RECOVERY CORP<br>350 JIM MORAN BLVD #210<br>DEERFIELD BEACH, FL 33442 | xxxxx0363 | 53.36 | 2.29 | 0.00 | 2.29 |
| 07-20159 | 010-0 | MARILYN J KING<br>Original Check written to:<br>ANDREWS FEDERAL CREDIT UNION<br>MS 930<br>5711 ALLENTOWN RD<br>SUITLAND, MD 20746- | xxxxxxxxxxx-L28 | 538.92 | 1,079.02 | 40.44 | 1,119.46 |
| 07-20159 | 025-0 | MARILYN J KING<br>Original Check written to:<br>CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>P O BOX 5010 SEC 230<br>CONCORD, CA 94524-0010 | xxxxxx8081 | 105.21 | 314.56 | 154.00 | 468.56 |
| 07-60700 | 002-1 | WILLIAM BLAKE BURGESS<br>Original Check written to:<br>CITIFINANCIAL<br>P O BOX 499<br>HANOVER, MD 21076- | 1894 | 185.25 | 394.09 | 73.78 | 467.87 |